UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BRADY D. ZUFELT,**

**Plaintiff,**

**v.** **Case No. 26-C-17**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

**Defendant.**

---

**ORDER**

---

This matter comes before the court on the parties' stipulation to award EAJA fees, and the court being fully advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff is awarded $8,500.00 (eight thousand five hundred dollars) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and

2. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Cody T. Marvin** pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **630 Davis Street, Suite 300, Evanston, Illinois 60201.**

Dated at Green Bay, Wisconsin this 27th day of October, 2026.

William C. Griesbach
United States District Judge